| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | GRANT B. RABENN |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| | Attorneys for the |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00264 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING SCHEDULE AND HEARING |
| v. | |
| SHAUNA MARIE FABREGA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Dale A. Blickenstaff, counsel for the defendant Shauna Marie Fabrega, that the sentencing hearing currently set for Monday, December 9, 2013, may be continued to September 8, 2014 at 8:30 a.m.

The reason for this continuance is to provide the defendant additional time to fulfill her obligations under the plea agreement. This continuance will conserve time and resources for both parties and the court.

*///*

*///*

*///*

*///*

Stipulation to Continue
Sentencing Hearing; Order

1

Dated: November 14, 2013        BENJAMIN B. WAGNER
                                United States Attorney


                                */s/ Grant B. Rabenn*
                                GRANT B. RABENN
                                Assistant United States Attorney



                                */s/ Dale A. Blickenstaff*
                                DALE A. BLICKENSTAFF
                                Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated: November 14, 2013        _____
                                SENIOR DISTRICT JUDGE

Stipulation to Continue
Sentencing Hearing; Order

2